**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

J.T.

*Petitioner*,

v.

KENNETH GENALO, in his official capacity as New York City Immigration and Customs Enforcement Field Office Director; DAVID VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of the United States Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY, and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

*Respondents.*

Case No. 1:26-cv-8326

**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION TO PROCEED USING INITIALS AND TO**
**REDACT SPECIFIC PERSONALLY IDENTIFYING INFORMATION**

Petitioner's motion to proceed in this case using his initials and to redact certain other identifying information is GRANTED. The parties are hereby directed to refer to Petitioner by his initials "J.T." in any filings. The Parties are further ordered to redact personally identifying information, including J.T.'s name, A-number, home address, and email address, in any documents filed in connection with this case.

Dated: 9/24/26

SO ORDERED. By: /s/

Andrew L. Carter Jr.

Hon. Andrew L. Carter, Jr.