UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.T.

Petitioner,

-against-

GENALO ET AL Respondents

26-CV-8326 (ALC)

ORDER

ANDREW L. CARTER, JR., United States District Judge:

The Government is ORDERED to answer the Petition by September 28, 2026. Petitioner's Reply is due September 29, 2026. The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on October 2, 2026 at 4 pm.

SO ORDERED.

Dated: 9/24/26
New York, New York

ANDREW L. CARTER, JR.
United States District Judge