UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.T.

**Petitioner,**

against-

GENALO ET AL

Respondents

**26-CV-8326 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

After careful consideration, the Court DENIES the Government's motion to transfer. The Court finds that the Second Circuit's unknown custodian exception applies. *Ozturk v. Hyde*, 136 F.4th 382 (2d Cir. 2025). Petitioner made a phone call to his counsel at the time he was arrested by ICE officials at 5:57 pm on September 23, 2026. Petitioner's counsel spoke with ICE officials during the call who said Petitioner would be taken to 26 Federal Plaza and held there for up to 14 hours. Prior to filing the Petition at 11:11 pm that same day, Petitioner's counsel checked ICE's website and could not find any information about Petitioner's location. The Government concedes that Petitioner's counsel could not determine Petitioner's location from the ICE website between 5:57 pm and 11:11 pm. Therefore, counsel exercised reasonable diligence in attempting to locate the Petitioner before filing the Petition in the Southern District of New York, the last known location, where counsel was told he would be held for up to 14 hours. *See Tacuri ex rel. Guanoluisa v. Francis,* 815 F. Supp. 3d 278 (S.D.N.Y. 2025). The Clerk of Court is respectfully directed to terminate ECF No. 11.

The October 7, 2026 telephonic conference is cancelled. The Government is ORDERED to answer the Petition by October 9, 2026 and any Reply from the Petitioner is due October 13, 2026. The Court will hold a telephonic conference on October 15, 2026 at 3:30 pm. The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#).

**SO ORDERED.**

**Dated:** 10/6/26

**New York, New York**

ANDREW L. CARTER. JR.

United States District Judge